IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | |
|---|---|
| v. | 1:20-CR-196-AJT |
| REINA E. HERNANDEZ, | |
| Defendants. | |

**EXHIBIT 1 TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE OBTAINED FROM FACEBOOK, INC.**

[FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER]