# EXHIBIT A

# FACEBOOK SEARCH WARRANT PAPERS SIGNED MARCH 14, 2019 BY MAGISTRATE JUDGE JOHN F. ANDERSON

# [UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND COURT ORDER]

# EXHIBIT B

# FACEBOOK SEARCH WARRANT PAPERS SIGNED JUNE 5, 2019
# BY MAGISTRATE JUDGE IVAN D. DAVIS

# [UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND COURT ORDER]

# EXHIBIT C

# FACEBOOK SEARCH WARRANT PAPERS SIGNED JUNE 12, 2019
# BY MAGISTRATE JUDGE JOHN F. ANDERSON

# [UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND COURT ORDER]

**EXHIBIT D**

**FACEBOOK SEARCH WARRANT PAPERS SIGNED FEBRUARY 20, 2020 BY MAGISTRATE JUDGE MICHAEL S. NACHMANOFF**

**[UNDER SEAL PURSUANT TO PROTECTIVE ORDER AND COURT ORDER]**